# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

UNITED STATES OF AMERICA
**V.**

FREDERICK JAMES BRUSH

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:02-00022

USM Number: 17333-075

Peter Strianse
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) One (1) through Three (3) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall be subject to home confinement. While on home confinement, the Defendant will be required to remain at his residence at all times except for approved absences for gainful employment, attorney visits, religious services, medical care or treatment needs, participation in sex offender treatment that may be required by state authorities, and such other time as may be specifically authorized by the Probation Officer. Home confinement will be monitored through a location monitoring device which may include a global positioning system (GPS). If GPS monitoring is utilized, the Defendant shall keep the tracker unit on his person at all times when outside his residence. The Defendant may be required to pay the cost of electronic monitoring at the prevailing rate according to his financial ability, as determined by the Probation Officer. The Defendant may request that the Court remove or modify this requirement of home confinement after demonstrating through his conduct on supervised release that this condition is no longer necessary to protect the public. | 6/6/13 |
| 2 | Defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer. | 7/1/13 |
| 3 | As directed by the Probation Officer, the Defendant shall notify third parties of risks that may be occasioned by the Defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notification and to confirm the Defendant's compliance with such notification requirement. | 7/1/13 |
| 4 | Defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer. | 7/7/13 |

    The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has not violated condition(s) Four (4) and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. 9934

Defendant's Year of Birth: 1940

City and State of Defendant's Residence:

Dover, Tennessee

September 27, 2013
Date of Imposition of Judgment

*Todd Campbell* (signature)
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

September 27, 2013
Date

**Modified Conditions of Supervision**

Defendant's Conditions of Supervised Release are modified as follows:

1. While on Home Confinement, Defendant shall not visit any residences or stores without prior specific authorization by the Probation Office as to the residence or store, its location and the time for the visit. Defendant shall not have a general time designated to "run errands."

2. Defendant shall provide the Probation Office with names and contact information of all individuals with whom he socializes. The Probation Office shall notify these individuals of risks that may be occasioned by the Defendant's criminal record.

3. Defendant shall have all visitors to his residence and property pre-approved by the Probation Office. Defendant shall notify the Probation Office within twenty-four (24) hours of a visit to his residence or property by an uninvited guest.

4. Defendant shall have no contact, directly or indirectly, with Amber (last name unknown), Ashley Zilliox or Melissa Moyer. Defendant shall report any contact with these individuals to the Probation Office within twenty-four (24) hours.

5. Defendant shall not consume or possess any alcoholic beverages.

6. Defendant shall not use or possess any device that contains a camera without the prior approval of the Probation Office. Defendant shall have thirty (30) days to bring his phone into compliance with this requirement.

7. All Conditions of Supervision imposed in the Judgment (Docket No. 47) on February 7, 2003, and the Agreed Order (Docket No. 104) on May 25, 2011, are reimposed and remain unchanged. The period of Supervised Release remains unchanged.

The Probation Office shall provide the Defendant with written procedures for the Defendant to make the notifications required by this Judgment.

Defendant is forewarned that if he is not truthful to the Probation Officer, his Supervised Release may be revoked and he may be incarcerated.