UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00022 |
| | ) | JUDGE CAMPBELL |
| FREDERICK JAMES BRUSH | ) | |

<u>ORDER</u>

Pending before the Court is the Government's Motion to Continue Hearing on Petition To Revoke Supervised Release (Docket No. 131). The Motion seeks to continue the hearing set on January 2, 2014 at 2:30 p.m. to consider the Petition (Docket No. 122) alleging violations of Defendant's Conditions of Supervision. The Motion is GRANTED. However, the requested date of January 6, 2014 is not available.

The hearing on the Petition is rescheduled for January 15, 2014, at 9:00 a.m.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE