UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00022 |
| | ) | JUDGE CAMPBELL |
| FREDERICK J. BRUSH | ) | |

## ORDER

Pending before the Court is a Motion to Correct Judgment (Docket No. 147). The Motion is GRANTED.

Due to a typographical error in the Revocation Judgment (Docket No. 145), a Corrected Judgment is being filed contemporaneous with this Order.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE