# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

UNITED STATES OF AMERICA
**V.**

FREDERICK JAMES BRUSH

**CORRECTED**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:02-00022
USM Number: 17333-075

Peter Strianse
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) One (1), Two (2) and Three (3) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall have no contact, directly or indirectly, with Amber (last name unknown), Ashley Zilliox or Melissa Moyer. Defendant shall report any contact with these individuals to the Probation Office within twenty-four (24) hours. | 2/9/14 |
| 2 | Defendant shall answer truthfully all inquiries by the Probation Officer, and follow the instructions of the Probation Officer. | 10/22/13 |
| 3 | Defendant shall not associate with children under the age of 18 under any circumstances. Defendant shall not loiter near schools, playgrounds, swimming pools, sports fields, or other places frequented by children. | 2/9/14 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. 9934

Defendant's Year of Birth: 1940

City and State of Defendant's Residence:
Dover, TN

February 21, 2014
Date of Imposition of Judgment

/s/ Todd Campbell
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

February 24, 2014
Date

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __eleven (11) months__

Upon release from imprisonment, the Defendant shall be on Supervised Release for a total term of thirty-eight (38) months. While on Supervised Release, Defendant shall be subject to all previously imposed Standard Conditions of Supervision and Special Conditions of Supervision, which are hereby reimposed and remain unchanged. These include: (1) all Standard Conditions of Supervision and Special Conditions of Supervision imposed in the Judgment (Docket No. 47) of February 7, 2003; (2) the Agreed Order (Docket No. 104) of May 25, 2011; and (3) all Modified Conditions of Supervision in the Judgment (Docket No. 120) of September 27, 2013.

____ The Court makes the following recommendations to the Bureau of Prisons:

____ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

    ____ at _____ p.m. on _____

    ____ as notified by the United States Marshal.

__X__ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    __X__ before 2 p.m. on __March 21, 2014__

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal