UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00022 |
| | ) | JUDGE CAMPBELL |
| FREDERICK JAMES BRUSH | ) | |

ORDER

The hearing on the Petition (Docket No. 151) alleging violations of Defendant's Conditions of Supervision currently scheduled for March 1, 2016, at 10:30 a.m. is RESCHEDULED for March 1, 2016, at 1:00 p.m.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE